UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **WILLIAM A. CARMICKLE,**<br>         Plaintiff, | 3:12-cv-01629-MO |
| v. | ORDER AWARDING SUPPLEMENTAL ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| **COMMISSIONER, SOCIAL SECURITY ADMINISTRATION**,<br>         Defendant. | |

Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, it is hereby ordered that supplemental EAJA attorney's fees of $1504.84 shall be awarded to Plaintiff. If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), then the check for EAJA fees shall be made payable to Max Rae, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Max Rae, at PO Box 7790, Salem, OR 97303-0175.

         DATED this  30th   day of August, 2016

                                         /s/ Michael W. Mosman
                                        United States District Judge


PRESENTED BY:

MAX RAE, OSB# 81344
(503) 363-5424
Attorney for Plaintiff, William A. Carmickle




Page 1.   ORDER AWARDING SUPPLEMENTAL EAJA ATTORNEY FEES –
          CARMICKLE  v. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,
          3:12-cv-01629-MO